# United States Bankruptcy Court
## Western District of Washington

In re: **Rhonda Lynn Valdez, Lawrence Roy Valdez**  Debtor(s)

Case No. **16-11898**
Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:

Joint Debtor's Social Security Number: **xxx-xx-3750**

**Our Current Mailing Address is:**

Name: **Rhonda Lynn Valdez and Lawrence Roy Valdez**

Street: **13510 North Creek Dr #T-2**

City, State and Zip: **Mill Creek, WA 98012**

Telephone #: **253-277-9150**

/s/ **Rhonda Lynn Valdez**
**Rhonda Lynn Valdez**
Debtor

/s/ **Lawrence Roy Valdez**
**Lawrence Roy Valdez**
Joint Debtor